JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

|  |  |
|---|---|
| HARVEY KELLY SIMS,<br><br>          Petitioner,<br><br>          v.<br><br>J.L. NORWOOD, Warden,<br><br>          Respondent. | Case No. CV 08-0377-RGK   (MLG)<br><br>JUDGMENT |

        IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: ___APR 3 0 2008_____

                                        _Gary Klausner_____
                                        R. Gary Klausner
                                        United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY